UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT C. ARCE-RETANA,<br><br>          Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>          Defendant. | C12-2062 TSZ<br><br>ORDER OF DISMISSAL |

      The Court, having reviewed Petitioner's petition for writ of habeas corpus, docket no. 6, respondent's return memorandum and motion to dismiss, docket no. 9, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the Petitioner's untimely objections thereto, docket no. 13, and the remaining record, finds and Orders as follows:

(1) This Court adopts the Report and Recommendation with the following modification. The following sentence shall be inserted prior to the last sentence of the first full paragraph on page four of the Report and Recommendation:

    To the extent that Petitioner seeks to have the amount of bond reduced, this Court does not have jurisdiction to review the Immigration Judge's discretionary judgment that a $15,000 bond was necessary. <u>Prieto-Romero v. Clark</u>, 534 F.3d 1053, 1067-68 (9th Cir. 2008); <u>see also</u> 8 U.S.C. § 1226(e).

ORDER OF DISMISSAL - 1

(2) Petitioner's petition for writ of habeas corpus, docket no. 6, is DENIED, respondent's motion to dismiss is GRANTED, and this action is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

Dated this 30th day of April, 2013.

*[signature]*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL - 2